IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEPHEN L. JOHNSON,** )<br>**ADMINISTRATOR, UNITED STATES** )<br>**ENVIRONMENTAL PROTECTION** )<br>**AGENCY,** )<br>)<br>)<br>**Defendant.** )<br>) | **Civil Action No.: 07-0491 (RWR)** |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT