IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONNIE K. MORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 07-0491 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPHEN L. JOHNSON,** | ) | |
| **ADMINISTRATOR, UNITED STATES** | ) | |
| **ENVIRONMENTAL PROTECTION** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, respectfully requests an enlargement of time to respond to the complaint in this case. Defendant requests an enlargement of time of two weeks, up to and including July 13, 2007. The grounds for this request are as follows:

1.      Plaintiff filed her complaint in this Court on March 14, 2007. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act for failure to accommodate and retaliation.

2.      Service of the complaint was perfected on or about April 30, 2007, making Defendant's response to the complaint due on June 29, 2007.

3.      Due to a number of filings in other matters, the undersigned counsel requires additional time to familiarize herself with the case and to coordinate the government's response with the federal agency defendant. Accordingly, counsel for Defendant seeks a two-week enlargement

of time in which to respond to the complaint.

    4.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: June 27, 2007

                      Respectfully submitted,

                      /s/ Jeffrey A. Taylor
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      /s/ Rudolph Contreras
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

                      /s/ Michelle N. Johnson
                      MICHELLE N. JOHNSON, D.C. BAR # 491910
                      Assistant United States Attorney
                      United States Attorney's Office
                      Civil Division
                      555 4th Street, N.W. – Room E4212
                      Washington, D.C. 20530
                      (202) 514-7139

                      COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE K. MORRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-0491 (RWR) |
| STEPHEN L. JOHNSON, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) |
| Defendant. | ) |

### ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint no later than July 13, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
RICHARD W. ROBERTS
United States District Court Judge