IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEPHEN L. JOHNSON,** )<br>**ADMINISTRATOR, UNITED STATES** )<br>**ENVIRONMENTAL PROTECTION** )<br>**AGENCY,** )<br>)<br>)<br>Defendant. )<br>) | Civil Action No.: 07-0491 (RWR) |

**DEFENDANT'S SECOND CONSENT MOTION FOR AN
ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, respectfully requests an enlargement of time to respond to the complaint in this case. Defendant requests an enlargement of time of one week, up to and including July 20, 2007. The grounds for this request are as follows:

1. Plaintiff filed her complaint in this Court on March 14, 2007. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act for failure to accommodate and retaliation.

2. Service of the complaint was perfected on or about April 30, 2007, making Defendant's response to the complaint due on June 29, 2007.

3. On June 27, 2007, Defendant filed a consent motion seeking a two-week extension of time to respond to the Complaint. This motion was granted by the Court on June 29, 2007.

4. Due to a number of filings in other matters, the undersigned counsel requires

an additional in week in which to complete her review of the materials provided to her by the Agency, as well as to coordinate a response to the complaint with the Agency's counsel. Accordingly, counsel for Defendant seeks an additional one-week enlargement of time in which to respond to the complaint.

5. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: July 11, 2007

>Respectfully submitted,
>
>   /s/ Jeffrey A. Taylor
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
>   /s/ Rudolph Contreras
> RUDOLPH CONTRERAS, D.C. BAR #  434122
> Assistant United States Attorney
>
>   /s/ Michelle N. Johnson
> MICHELLE N. JOHNSON, D.C. BAR # 491910
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W. – Room E4212
> Washington, D.C. 20530
> (202) 514-7139
>
> COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-0491 (RWR) |
| | ) |
| **STEPHEN L. JOHNSON,** | ) |
| **ADMINISTRATOR, UNITED STATES** | ) |
| **ENVIRONMENTAL PROTECTION** | ) |
| **AGENCY,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter having come before this Court on Defendant's Second Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint no later than July 20, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
RICHARD W. ROBERTS
United States District Court Judge