IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEPHEN L. JOHNSON,** )<br>**ADMINISTRATOR, UNITED STATES** )<br>**ENVIRONMENTAL PROTECTION** )<br>**AGENCY,** )<br>)<br>)<br>**Defendant.** )<br>) | Civil Action No.: 07-0491 (RWR) |

**DEFENDANT'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, respectfully requests an enlargement of time to respond to the complaint in this case. Defendant requests an enlargement of time of one additional business day, up to and including July 23, 2007. The grounds for this request are as follows:

1. Plaintiff filed her complaint in this Court on March 14, 2007. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act for failure to accommodate and retaliation.

2. Service of the complaint was perfected on or about April 30, 2007, making Defendant's response to the complaint due on June 29, 2007.

3. On June 27, 2007, Defendant filed a consent motion seeking a two-week extension of time to respond to the Complaint. This motion was granted by the Court on June 29, 2007.

4. On July 11, 2007, Defendant filed a consent motion seeking an extension of time to respond to the complaint until July 20, 2007. This motion is currently pending before the Court.

5. While the undersigned counsel has substantially completed the Agency's response, she is requesting an additional business day to further work on the Agency's response and to permit further review of the response by Agency counsel.

6. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: July 20, 2007

                                            Respectfully submitted,

                                            /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                            /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                            /s/ Michelle N. Johnson
                                          MICHELLE N. JOHNSON, D.C. BAR # 491910
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W. – Room E4212
                                          Washington, D.C. 20530
                                          (202) 514-7139

                                            COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-0491 (RWR) |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| **ADMINISTRATOR, UNITED STATES** ) | |
| **ENVIRONMENTAL PROTECTION** ) | |
| **AGENCY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint no later than July 23, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
RICHARD W. ROBERTS
United States District Court Judge