**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| Connie K. Morris, an individual, | ) | |
| | ) | Civil Action No. 07-0491 (RWR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Stephen L. Johnson, Administrator, | ) | |
| United States Environmental | ) | |
| Protection Agency | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO OPPOSE MOTION TO DISMISS**

Plaintiff, by counsel undersigned, respectfully requests an enlargement of time to oppose the defendant's motion to dismiss, pursuant to Fed.R.Civ.P. 6(b) and LCvR 7, by seven days, to and including August 10, 2007. Counsel for defendant has given consent to the relief requested. The grounds for this request are as follows:

1. The complaint was filed on March 14, 2007, and served on or about April 30, 2007. Defendant, after obtaining extensions of time to respond, filed a motion to dismiss the complaint on or about July 23, 2007. Plaintiff's opposition to the motion would be due on August 3, 2007 pursuant to LCvR 7.

2. The complaint presents a relatively complex set of facts in support of claims for relief under the Rehabilitation Act, and for alleged retaliation. Defendant's motion to dismiss challenges each of plaintiff's claimed bases for relief, and plaintiff's allegations of exhaustion of

1

administrative remedies, in a detailed, 27 page brief with extensive citation to authority. Defendant also relies on a number of exhibits in support of the motion.

3.  Counsel for plaintiff, working alone and with commitments to a number of other clients and matters, has been unable to evaluate and respond to all of defendant's points and authorities within the time normally allowed by LCvR 7.  In addition, counsel will need time to review the opposition with plaintiff.

4.  Wherefore, plaintiff respectfully requests an enlargement of seven days to file her response, to and including August 10, 2007.

Respectfully submitted,

KARR & ALLISON, P.C.
Theodore S. Allison

By:    /s/   **Theodore S. Allison**
    Theodore S. Allison  (D.C. Bar #441089)
    1300 19th Street, N.W., Suite 402
    Washington, D.C.  20036

    Telephone (202) 331-7600
    Facsimile  (202) 293-3999

    Attorneys for Plaintiff

**United States District Court for the District of Columbia**

Connie K. Morris, an individual,    )
    )   Civil Action No. 07-0491 (RWR)
    )
    Plaintiff,    )
    )
    v.    )
    )
Stephen L. Johnson, Administrator,    )
  United States Environmental    )
  Protection Agency    )
    )
    Defendant.    )
    )

**ORDER**

THE COURT having considered the consent motion of plaintiff for an enlargement of time to oppose the defendant's motion to dismiss, and good cause appearing, it is

ORDERED that the motion be, and hereby is, granted, and that plaintiff's memorandum and supporting papers in opposition to the motion to dismiss shall be filed on or before August 10, 2007.

IT IS SO ORDERED.


Dated _____

_____
UNITED STATES DISTRICT JUDGE