IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONNIE K. MORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 07-0491 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPHEN L. JOHNSON,** | ) | |
| **ADMINISTRATOR, UNITED STATES** | ) | |
| **ENVIRONMENTAL PROTECTION** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE HIS REPLY BRIEF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, respectfully requests an enlargement of time to file his reply brief in further support of his motion to dismiss. Defendant requests an enlargement of time of three business days, up to and including August 23, 2007. The grounds for this request are as follows:

1.     Plaintiff filed her complaint in this Court on March 14, 2007. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act for failure to accommodate and retaliation.

2.     Service of the complaint was perfected on or about April 30, 2007, making Defendant's response to the complaint due on June 29, 2007.

3.     On July 23, 2007, defendant filed a motion to dismiss the complaint. Plaintiff filed an opposition to defendant's motion on August 10, 2007. Currently, defendant's reply is due on or

before August 20, 2007.

4. Due to several other pleadings that she has had to file this past week, the undersigned counsel has not had an opportunity to address the arguments raised in plaintiff's opposition. In addition, counsel requires additional time to confer with the agency regarding its response to plaintiff's opposition. Therefore, counsel seeks an extension of three business days in which to file defendant's reply brief.

5. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: August 17, 2007

                 Respectfully submitted,

                  /s/ Jeffrey A. Taylor
                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                 United States Attorney

                  /s/ Rudolph Contreras
                 RUDOLPH CONTRERAS, D.C. BAR #  434122
                 Assistant United States Attorney

                  /s/ Michelle N. Johnson
                 MICHELLE N. JOHNSON, D.C. BAR # 491910
                 Assistant United States Attorney
                 United States Attorney's Office
                 Civil Division
                 555 4th Street, N.W. – Room E4212
                 Washington, D.C. 20530
                 (202) 514-7139

                 COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 07-0491 (RWR) |
| | ) |
| **STEPHEN L. JOHNSON,** | ) |
| **ADMINISTRATOR, UNITED STATES** | ) |
| **ENVIRONMENTAL PROTECTION** | ) |
| **AGENCY,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to File His Reply Brief, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant may file his reply brief in further support of his motion to dismiss on or before August 23, 2007.

**SO ORDERED** this _____ day of _____, 200__.


_____
RICHARD W. ROBERTS
United States District Court Judge