IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONNIE K. MORRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-0491 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPHEN L. JOHNSON,** | ) | |
| **ADMINISTRATOR, UNITED STATES** | ) | |
| **ENVIRONMENTAL PROTECTION** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE HIS REPLY BRIEF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, United States Environmental Protection Agency, respectfully requests an enlargement of time to file his reply brief in further support of his motion to dismiss the first amended complaint. Defendant requests an enlargement of time of one week, up to and including November 26, 2007. The grounds for this request are as follows:

1.  Plaintiff filed her complaint in this Court on March 14, 2007. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act for failure to accommodate and retaliation. Defendant filed a motion to dismiss the complaint on July 23, 2007. Plaintiff filed an opposition to that motion and Defendant filed a reply on August 23, 2007.

2.  On October 19, 2007, plaintiff filed an amended complaint. Defendant filed a motion to dismiss the first amended complaint on October 30, 2007. Plaintiff opposed that motion on November 10, 2007. Defendant's reply in further support of his motion is due on Monday,

November 19, 2007.

3. Due to several active matters, which has required counsel for the defendant to attend almost daily depositions, counsel has not yet had a full opportunity to address the arguments raised in plaintiff's opposition. Counsel therefore seeks a one-week extension of time in which to file Defendant's reply brief.

4. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: November 18, 2007

Respectfully submitted,

　/s/ Jeffrey A. Taylor　
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/ Rudolph Contreras　
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

　/s/ Michelle N. Johnson　
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE K. MORRIS,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No.: 07-0491 (RWR) |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| **ADMINISTRATOR, UNITED STATES** ) | |
| **ENVIRONMENTAL PROTECTION** ) | |
| **AGENCY,** ) | |
| ) | |
|       **Defendant.** ) | |

### ORDER

This matter having come before this Court on Defendant's Unopposed Motion for an Enlargement of Time to File His Reply Brief, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant may file his reply brief in further support of his motion to dismiss on or before November 26, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
RICHARD W. ROBERTS
United States District Court Judge